**JUDGE BUCHWALD**                     08 CV 00856

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
MARILYN CLARK, Derivatively on     : Civil Action No.
Behalf of AMBAC FINANCIAL GROUP,   :
INC.,                              :
                                   : **RULE 7.1 STATEMENT**
            Plaintiff,             :
                                   :
    vs.                            :
                                   :
MICHAEL A. CALLEN, JOHN W. UHLEIN, :
III, KEVIN J. DOYLE, GREGG L.      :
BIENSTOCK, THOMAS J. GANDOLFO,     :
ROBERT G. SHOBACK, DOUGLAS C.      :
RENFIELD-MILLER, DAVID W. WALLIS,  :
WILLIAM T. MCKINNON, SEAN T.       :
LEONARD, JILL M. CONSIDINE, LAURA  :
S. UNGER, THOMAS C. THEOBALD,      :
HENRY D.G. WALLACE, PHILIP DUFF,   :
PHILIP B. LASSITER, ROBERT J.      :
GENADER, KATHLEEN A. MCDONOUGH     :
and W. GRANT GREGORY,              :
                                   :
            Defendants,            :
    - and -                        :
                                   :
AMBAC FINANCIAL GROUP, INC., a     :
Delaware corporation,              :
                                   :
            Nominal Defendant.     :
---------------------------------------X



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Marilyn Clark, Derivatively on Behalf of Ambac Financial Group, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Dated:  January 23, 2008

                                    _____
                                    Thomas G. Amon

                                    Attorney Bar Code:  TGA-1515