UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── x
MARILYN CLARK, Derivatively on Behalf of  :
AMBAC FINANCIAL GROUP, INC.,              :
                                          :
                Plaintiff,      :
                                          :
    v.                                    :
                                          :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,   :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,       :
THOMAS J. GANDOLFO, ROBERT G.             :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,      :
DAVID W. WALLIS, WILLIAM T. MCKINNON,     :  Civil Action No. 08 Civ. 856
SEAN T. LEONARD, JILL M. CONSIDINE,       :
LAURA S. UNGER, THOMAS C. THEOBALD,       :  NOTICE OF APPEARANCE
HENRY D. G. WALLACE, PHILIP DUFF,         :
PHILIP B. LASSITER, ROBERT J. GENADER,    :  ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT        :
GREGORY,                                  :
                                          :
                Defendants,     :
    - and -                               :
                                          :
AMBAC FINANCIAL GROUP, INC., a Delaware   :
corporation,                              :
                                          :
                Nominal Defendant. :
                                          :
─────────────────────────────────────── x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

Dated: New York, New York
       March 10, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Peter C. Hein
Peter C. Hein (PH-5279)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*

-2-