UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
MARILYN CLARK, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
                              Plaintiff, :

    v. :

MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,
THOMAS J. GANDOLFO, ROBERT G.
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :  Civil Action No. 08 Civ. 856
SEAN T. LEONARD, JILL M. CONSIDINE, :
LAURA S. UNGER, THOMAS C. THEOBALD, :  NOTICE OF APPEARANCE
HENRY D. G. WALLACE, PHILIP DUFF, :
PHILIP B. LASSITER, ROBERT J. GENADER, :  ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :

                        Defendants, :
    - and -  :

AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :

                   Nominal Defendant. :
———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

| | |
|---|---|
| Dated: New York, New York<br>March 10, 2008 | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ Warren R. Stern<br>Warren R. Stern (WS-2957)<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br><br>*Attorneys for Defendants* |

-2-