UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────── x
MARILYN CLARK, Derivatively on Behalf of    :
AMBAC FINANCIAL GROUP, INC.,                :
                                            :
                  Plaintiff,  :
                                            :
     v.                                    :
                                            :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,     :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,         :
THOMAS J. GANDOLFO, ROBERT G.               :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,        :
DAVID W. WALLIS, WILLIAM T. MCKINNON,       :  Civil Action No. 08 Civ. 856
SEAN T. LEONARD, JILL M. CONSIDINE,         :
LAURA S. UNGER, THOMAS C. THEOBALD,         :  NOTICE OF APPEARANCE
HENRY D. G. WALLACE, PHILIP DUFF,           :
PHILIP B. LASSITER, ROBERT J. GENADER,      :  ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT          :
GREGORY,                                    :
                                            :
                  Defendants,   :
     - and -                               :
                                            :
AMBAC FINANCIAL GROUP, INC., a Delaware     :
corporation,                                :
                                            :
                  Nominal Defendant.   :
                                            :
─────────────────────────────────────── x

        TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

| | |
|---|---|
| Dated: New York, New York<br>March 10, 2008 | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ Joshua A. Naftalis<br>Joshua A. Naftalis (JN-8054)<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone:   (212) 403-1000<br>Facsimile:    (212) 403-2000<br><br>*Attorneys for Defendants* |