UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
MARILYN CLARK, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
 :
            Plaintiff, :
 :
    v. :
 :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :
SEAN T. LEONARD, JILL M. CONSIDINE, :   Civil Action No. 08 Civ. 856 (NRB)
LAURA S. UNGER, THOMAS C. THEOBALD, :
HENRY D. G. WALLACE, PHILIP DUFF, :   ECF Case
PHILIP B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :
 :
            Defendants, :
   - and - :
 :
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :
 :
            Nominal Defendant. :
 :
———————————————————————— x

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on March 10, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

      (i)    Notice of Appearance of Peter C. Hein on behalf of defendants;

      (ii)   Notice of Appearance of Warren R. Stern on behalf of defendants; and

      (iii)  Notice of Appearance of Joshua A. Naftalis on behalf of defendants.

Dated: New York, New York
March 10, 2008

/s/ Joshua A. Naftalis
Joshua A. Naftalis (JN-8054)

## SERVICE LIST

<u>By ECF</u>

Thomas G. Amon
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, New York  10107

*Attorneys for Plaintiff*