UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────── x
MARILYN CLARK, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
 :
                Plaintiff, :
 :
    v. :
 :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :
SEAN T. LEONARD, JILL M. CONSIDINE, :   Civil Action No. 08 Civ. 856 (NRB)
LAURA S. UNGER, THOMAS C. THEOBALD, :
HENRY D. G. WALLACE, PHILIP DUFF, :   ECF Case
PHILIP B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :
 :
              Defendants, :
  - and - :
 :
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :
 :
              Nominal Defendant. :
 :
──────────────────────────────────────── x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

       Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York            Respectfully submitted,
        March 10, 2008

                                      WACHTELL, LIPTON, ROSEN & KATZ


                                      /s/ Peter C. Hein
                                      Peter C. Hein (PH-5279)
                                      Warren R. Stern (WS-2957)
                                      Joshua A. Naftalis (JN-8054)
                                      51 West 52nd Street
                                      New York, New York  10019
                                      Telephone:  (212) 403-1000
                                      Facsimile:   (212) 403-2000

<u>SERVICE LIST</u>

<u>By ECF</u>

Thomas G. Amon
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, New York  10107

*Attorneys for Plaintiff*