```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARILYN CLARK,                         :        08 Civ. 856 (SHS)

                Plaintiff,           :        ORDER FOR INITIAL
                                     PRETRIAL CONFERENCE
      -against-                    :

MICHAEL A. CALLEN, *ET AL.*,           :

                Defendants.         :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       At the request of Judge Naomi Reice Buchwald, this Court has accepted this derivative action as related to Rubery v. Callen, *et al.*, 08 Civ. 854 (SHS).

       Counsel are directed to appear in courtroom 23A on April 11, 2008, at 9:15 a.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16. At that time, counsel for all parties must appear prepared to discuss the progress of the case and the scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

       Counsel are directed to modify their stipulation and proposed order to account for the fact that the Rubery and Clark derivative actions are now both pending before this Court.

       Attorneys are directed to consult the SDNY Procedures for Electronic Case Filing and Judge Stein's Individual Rules for matters assigned to him.

Dated: New York, New York
       March 25, 2008

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.